No. 2040. Abad et al., Apelantes, v. Sucesión de P. de la Cruz, Apelada.—División de herencia. San Juan, Sección 1ª. Julio 10, 1919. *Desistida.*

No. 1993. United States Paper Goods Co., Apelada, v. Martínez & Morales, Apelantes.—Daños y perjuicios. San Juan, Sección 1ª. Julio 10, 1919. *Desestimada.*

No. 237. Delgado, Peticionario, v. Cuevas Zequeira, Juez de Distrito, Demandado.—*Certiorari.* Julio 10, 1919. *Anulado el auto expedido.*

No. 1360. El Pueblo, Apelante, v. Sierra, Apelado.—Libelo infamatorio. San Juan, Sección 2ª. Julio 10, 1919. *Confirmada.*

No. 1381. El Pueblo, Apelante, v. López, Apelado.—Libelo infamatorio. San Juan, Sección 2ª. *Confirmada.* Julio 10, 1919.

No.   . Carrero, Apelada, v. Carrero, Apelante.—Filiación. San Juan, Sección 1ª. Julio 11, 1919. *Desestimada.*

No. 2018. Coan, Apelado, v. Moral & Cía., Apelante.—Cobro de dinero. Mayagüez. Julio 14, 1919. *Confirmada.*

No. 1398. El Pueblo, Apelado, v. Canisal, Apelante.—Infracción del artículo 329 del Código Penal. (Estorbo Público.) Mayagüez. Julio 14, 1919. *Confirmada.*

No. 455. Martínez, Peticionario, v. Crosas, Juez de Distrito, Demandado.—*Certiorari.* Julio 14, 1919. *Sin lugar.*

No. 1969. Pagán, Apelada, v. Franco, Apelante.—*Injunction.* (Reconsideración.) San Juan, Sección 2ª. Julio 14, 1919. *Denegada.*

No. 1832. Díaz Molinaris et al., Peticionarios, v. Cividanes, Opositor y Palés, Apelante.—Administración judicial. (Rendición de cuentas.) Guayama. Julio 22, 1919. *Desestimada.*

No. 257. López, Peticionario, v. Foote, Juez de Distrito, Demandado.—*Certiorari.* Julio 22, 1919.

No. 256. Cividanes, Peticionario, v. López Acosta, Juez de Distrito, Demandado.—*Certiorari.* Julio 22, 1919. *Denegados.*